UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division

| | |
|---|---|
| IN RE:<br>JAMES A. HOLMES, SR.<br>    Debtor | Case No. 17-17561-LSS<br><br>Chapter 13 |

SETERUS, INC. AS THE AUTHORIZED SUBSERVICER
FOR FEDERAL NATIONAL MORTGAGE ASSOCIATION
("FANNIE MAE"), CREDITOR C/O SETERUS, INC.
    Movant
v.
JAMES A. HOLMES, SR.
    Debtor/Respondent

and
TIMOTHY P. BRANIGAN
    Trustee/Respondent

### CERTIFICATE OF DEFAULT AND NOTICE OF SECURED CREDITOR'S INTENT TO COMMENCE FORECLOSURE PROCEEDINGS

TO THE CLERK:

Upon information provided by Seterus, Inc. as the authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc., the undersigned counsel, Nikita Joshi, and BWW Law Group, LLC hereby files this notice to advise this Court that the Debtor, James A. Holmes, Sr., failed to comply with the terms of the Amended Agreed Order (the "Agreed Order") related to the property located at 1278 Palmer Road, Fort Washington, MD 20744-7119 (the "Property"), entered on March 8, 2018, requiring cure of the post-petition arrearage.

Specifically, the Debtor did not cure the Notice of Non-Compliance dated September 20, 2018, which was served on the Debtor as required by the Agreed Order. The automatic stay has terminated with respect to the Property pursuant to the terms of the Agreed Order. Consequently, the Movant is preparing to conduct a foreclosure sale of the Property pursuant to the terms of the Agreed Order and Deed of Trust and applicable state law.

Respectfully Submitted,

Dated: October 8, 2018

/s/ Nikita Joshi
Nikita Joshi, MD/Fed. Bar No. 19720
BWW Law Group, LLC
6003 Executive Blvd, Suite 101
Rockville, MD 20852

BWW#:MD-318370

301-961-6555
301-961-6545 (facsimile)
bankruptcy@bww-law.com
*Attorney for the Movant*

**CERTIFICATION OF SERVICE**

I hereby certify that on this 8th day of October, 2018, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the foregoing Certificate of Default and Notice of Secured Creditor's Intent to Commence Foreclosure Proceedings will be served electronically by the Court's CM/ECF system on the following:

Timothy P. Branigan, Trustee

Bennie R Brooks, Esq.

I hereby further certify that on this 8th day of October, 2018, a copy of the foregoing Certificate of Default and Notice of Secured Creditor's Intent to Commence Foreclosure Proceedings was also mailed first class mail, postage prepaid, to:

James A. Holmes, Sr.
1278 Palmer Road
Fort Washington, MD 20744-7119

James A. Holmes, Sr.
1278 Palmer Road
Unit 78
Fort Washington, MD 20744

/s/ Nikita Joshi
Nikita Joshi, Esq.